# Order

Michigan Supreme Court
Lansing, Michigan

February 19, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146819(21)

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

CORTEZ ROLAND DAVIS,
  Defendant-Appellant.
_____/

SC: 146819
COA: 314080
Wayne CC: 94-002089-01-FC

  On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its brief on appeal is GRANTED. The brief submitted on February 18, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2014



Clerk